IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ADRIEL NOEL MANN SR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-CV-129 (WLS) |
| | : | |
| TANGIE MORRISON, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

    Before the Court is Plaintiff's Notice of Request to Dismiss (Doc. 38). Therein, Plaintiff asks the Court to Dismiss the above-captioned case. Defendants filed a Response to Defendant's Notice of Request to Dismiss (Doc. 38) asking the Court to construe Plaintiff's filing as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2); and indicating that they do not oppose such a dismissal, and that they withdraw their previous Motion to Re-open Discovery (Doc. 37).

    The Court agrees with Defendants that Plaintiff's Notice of Request to Dismiss should be construed as a motion for voluntary dismissal under Rule 41(a)(2). Upon consideration thereof, Plaintiff's Notice of Request to Dismiss, which the court construes as a motion for voluntary dismissal, (Doc. 38) is hereby **GRANTED**. The Court, therefore, **ORDERS** all Plaintiff's claims pending against Defendants Tangie Morrison, Benjamin Ford, Jacob Beasley, Timothy Ward, Counselor Richardson, and Aimee Smith be **DISMISSED-WITHOUT-PREJUDICE**, with each party bearing their own attorneys' fees and costs. Moreover, the Court **ACCEPTS** Defendants' withdrawal of their Motion to Re-open Discovery (Doc. 37), and the Pretrial Conference in the above-captioned case is **CANCELLED.**

    **SO ORDERED**, this 4th day of January 2024.

       /s/ W. Louis Sands      
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**